IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-133-RLV-DCK

| | |
|---|---|
| TERRA RENEWAL SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VON DREHLE CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Pearlynn G. Houck, concerning Steven J. Rosenwasser on November 3, 2015. Mr. Steven J. Rosenwasser seeks to appear as counsel *pro hac vice* for Plaintiff Terra Renewal Services, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED**. Mr. Steven J. Rosenwasser is hereby admitted *pro hac vice* to represent Plaintiff Terra Renewal Services, Inc.

**SO ORDERED**.

Signed: November 4, 2015

David C. Keesler
United States Magistrate Judge